United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIRYAM YUNNUEM TORRES, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1: 21-cv-65 |
| | § | |
| ANTONY J. BLINKEN, et al., | § | |
|     Defendants. | § | |

## **ORDER**

On September 15, 2021, the parties filed a joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 8. The joint stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter.

DONE at Brownsville, Texas, on September 15, 2021.

_____
Ronald G. Morgan
United States Magistrate Judge

1